UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Raymond R. Mason, Sr., <br>     Plaintiff <br><br>     v. <br><br> Central Mass Transit Management/ <br> Worcester Regional Transit Authority; <br> David Trabucco, in Their Individual and <br> Official Capacity; Jonathan Church, in Their <br> Individual and Official Capacity; <br> Amalgamated Transit Union Local 22; <br> Kenneth Kephart in Their Individual and <br> Official Capacity, <br>     Defendants | Civil Action No. 18-cv-40202-TSH |

**NOTICE OF APPEARANCE**

To: The Clerk of Court and All Parties of Record

    I am admitted to practice in this Court, and I appear in this case as counsel for Amalgamated Transit Union Local 22 and Kenneth Kephart.

                                                                                              Respectfully submitted,

                                                                          /s/ James A.W. Shaw
                                                                          James A.W. Shaw
                                                                          BBO # 670993
                                                                          SEGAL ROITMAN, LLP
                                                                          33 Harrison Ave., 7th Floor
                                                                          Boston, MA 02111
                                                                          (617) 603-1432

Dated: December 14, 2018                              jshaw@segalroitman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2018, I served a true and accurate copy of this document upon the pro se Plaintiff by First Class Mail, to:

Raymond R. Mason, Sr.
5 Monticello Dr., West
Worcester, MA 01603

/s/ James A.W. Shaw
James A.W. Shaw

2