UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

RAYMOND R. MASON, SR           Case No._18- 40202-TSH
Plaintiff

vs

CENTRAL MASS TRANSIT MANAGEMENT/
WORCESTER REGIONAL TRANSIT AUTHORITY,
DAVID TRABUCCO, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITY JAMES PARKER, IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITY AND
JONATHAN CHURCH, IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITY, AMALGAMATED
TRANSIT UNION LOCAL 22, KENNETH KEPHART
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY
                                    Defendants

**MOTION TO FILE LATE FOR RECONSIDERATION**

Now comes the Plaintiff and respectfully request that he be allowed to file his response to the Order of Dismissal for Motion for Reconsideration late due to the death of his mother.

Respectfully submitted,

*/s/ Raymond R Mason/*

5 Monticello Dr., West
Worcester, MA 01603
508 792-2094

Dated: October 2, 2019

1

## **CERTIFICATE OF SERVICE**

I, Raymond R. Mason Sr., hereby certify that, on October 2, 2019, I served a copy of the foregoing Plaintiff's Motion to File Late for Reconsideration by mailing copy first class, postage paid to Siobhan M. Sweeney, Esq., Littler Mendelson, One International Place, Boston, MA 02110, counsel for Defendant James Parker, Catherine G. Curley, Esq., and Kenneth C. Pickering Esq., Mirick, O' Connell, One Hundred Front Street, Worcester, MA 01608, counsel for Defendants Mr. David Trabucco, WRTA and Mr. Jonathan Church of the Central Mass Transit Management, Inc.

*Raymond R Mason Sr*
Raymond R. Mason, Sr. (Pro-Se)
5 Monticello Dr., West
Worcester, MA 01603
508 792-2094

Dated: Dated: October 2, 2019